IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Walker D. Miller

Civil Action No.  05-cv-00011-WDM-OES

ALBERT'S ORGANICS, INC. d/b/a
BOULDER FRUIT EXPRESS,

    Plaintiff,

v.

BOULDER COOPERATIVE MARKET, INC.,

    Defendant.

_____

**ORDER**
_____

This matter is before me on the parties' Joint Motion for Entry of Order and Judgment.  Upon consideration of the pleadings, the parties' stipulations and a telephone conference, I am sufficiently advised and order as follows:

Judgment shall enter in favor of Albert's Organics, Inc. d/b/a Boulder Fruit Express against defendant Boulder Cooperative Market, Inc., in the total amount of $25,771.92, consisting of $23,771.92 due on outstanding invoices and a stipulated amount of $2,000 for attorneys' fees and costs, together with stipulated interest at the

rate of 5% from the date of this judgment.

      DATED at Denver, Colorado, on August 17, 2005.

                              BY THE COURT:

                              /s/ Walker D. Miller
                              United States District Judge